UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| CARMEN CONTRERAS, § § §<br>Plaintiff § §<br>v. § §  EP-20-CV-00237-FM<br> § §<br>WELLS FARGO BANK, N.A., § § §<br>Defendant. § | |

## FINAL JUDGMENT

Before the court is "Joint Stipulation of Dismissal with Prejudice" ("Stipulation") [ECF No. 16], filed September 28, 2021 by Plaintiff Carmen Contreras and Defendant Wells Fargo Bank, N.A. (collectively, "Parties").[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."[2] The Stipulation is signed by the Parties' attorneys.

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT.**

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _8_ day of **October 2021.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Joint Stipulation of Dismissal with Prejudice" 1, ECF No. 16, filed Sept. 28, 2021.

[2] FED. R. CIV. P. 41(a)(1)(A)(ii).

1